**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

---

In the Matter of            Misc. No. 11-mc-06 (M.D. Pa.)

    DONALD A. BAILEY
                            **ORDER**
An Attorney-at-Law

---

**Before:   HILLMAN, District Judge,**
          **THOMPSON and COOPER, Senior District Judges**

For the reasons set forth in the Court's Opinion entered on this date,

IT IS on this   15th   day of   October  , 2014, hereby

**ORDERED** that the motions [Doc. Nos. 35, 36] by Hubert X. Gilroy, Esquire, requesting that this Court impose the identical discipline and suspend Attorney Donald A. Bailey, Esquire from the practice of law in the United States District Court for the Middle District of Pennsylvania for a period of five (5) years shall be, and hereby are, **GRANTED**; and it is further

**ORDERED** that Attorney Donald A. Bailey is hereby **SUSPENDED** from the practice of law in the United States District Court for the Middle District of Pennsylvania for a period of five (5) years, effective retroactively to November 1, 2013, and running concurrently with the suspension imposed by the Supreme Court of Pennsylvania by Order dated October 2, 2013; and it is further

**ORDERED** that the Court shall **RESERVE DECISION** on the motion [Doc. No. 33] by Attorney Donald A. Bailey, Esquire requesting that this matter be unsealed and made accessible to the public; and it is further

**ORDERED** that Hubert X. Gilroy, Esquire, Investigative Counsel, shall show cause within **ten (10) days** of the date of this Order why this matter should not be unsealed; and it is further

**ORDERED** that the motion [Doc. No. 38] requesting a telephonic status conference with the Court to discuss the ongoing practice of law by Bailey in the Middle District of Pennsylvania shall be, and hereby is, **DENIED AS MOOT**.

By the Court,

 s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.
ANNE E. THOMPSON, U.S.D.J.
MARY L. COOPER, U.S.D.J.

2